**A.G. EDWARDS, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5067.

United States Court of Appeals, Federal Circuit.

April 4, 2001.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John E. FORRESTAL, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7097.

United States Court of Appeals, Federal Circuit.

April 4, 2001.

### ON MOTION

### *ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to remand the case to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat.2096,

IT IS ORDERED THAT:

The motion is granted.